IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MACROSOLVE, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>  Defendant. | CIVIL ACTION NO. 6:12-cv-76<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff MacroSolve, Inc. and defendant Marriott International, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff MacroSolve, Inc. and defendant Marriott International, Inc., are hereby dismissed with prejudice; and it is further

ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

So ORDERED and SIGNED this 9th day of November, 2012.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE